Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
Helene Mayer (Cal. State Bar No. 332975)
*helene@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiffs Mackensie Biddle and Jessa Naluz

*[Additional Counsel on Next Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENSIE BIDDLE, JESSA NALUZ, EVANGELINE D. GASTON, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiffs,<br><br>vs.<br><br>C & J CLARK RETAIL, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-01131-JWH-ADS<br><br>Honorable John W. Holcomb<br>Courtroom 9D<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Corrected Memorandum of Points and Authorities; Corrected Declarations of Proposed Class Counsel (Helene Mayer and Vadang J. Patel); Corrected Declarations of Proposed Class Representatives (Mackensie Biddle, Jessa Naluz, and Evangeline D. Gaston); and Corrected [Proposed] Order filed concurrently herewith]<br><br>Date:            April 25, 2025<br>Time:           9:00 a.m.<br>Courtroom:  9D<br><br>Complaint Filed:   July 16, 2019<br>Action Removed:  August 12, 2019<br>FAC Filed:         August 21, 2019<br>SAC Filed:         November 15, 2019<br>FAC Filed:         January 6, 2021<br>4AC Filed:         May 28, 2024<br>Trial Date:        None Set |

David D. Bibiyan (Cal. State Bar No. 287811)
  *david@tomorrowlaw.com*
Vadang J. Patel (Cal. State Bar No. 328647)
  *vedang@tomorrowlaw.com*
**BIBIYAN LAW GROUP, P.C.**
1460 Westwood Boulevard
Los Angeles, CA 90024
Tel: (310) 438-555 / Fax: (310) 300-1705

*Attorneys for* Plaintiff Evangeline D. Gaston

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 25, 2025 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable John W. Holcomb in Courtroom 9D of the United States District Court for the Central District of California, located at Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California 92701, Plaintiffs Mackensie Biddle ("Plaintiff Biddle"), Jessa Naluz ("Plaintiff Naluz"), and Evangeline D. Gaston ("Plaintiff Gaston") (collectively, "Plaintiffs") will and hereby do move for an order:

- Granting preliminary approval of the proposed class action settlement described herein and as set forth in the parties' Joint Stipulation of Class and Representative Action Settlement and Release ("Settlement," "Agreement," or "Settlement Agreement"), attached as "**EXHIBIT 1**" to the Corrected Declaration of Helene Mayer in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, including and not limited to, the means of allocation and distribution the Maximum Settlement Amount and the Net Settlement Amount, and the allocations for Attorneys' Fees and Costs, Class Representative Enhancement Payments, PAGA Allocation, and Settlement Administration Costs;
- Conditionally certifying the proposed Class for settlement purposes only;
- Appointing Plaintiffs Mackensie Biddle, Jessa Naluz, and Evangeline D. Gaston as Class Representatives;
- Appointing Lawyers *for* Justice, PC and Bibiyan Law Group, P.C as Class Counsel;
- Approving the proposed Notice of Class and Representative Action Settlement ("Notice Packet"), attached as "**EXHIBIT A**" to the Settlement Agreement;

///
///

1
**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

- Appointing Simpluris, Inc. as the Settlement Administrator to handle the notice and administration process for the Settlement and preliminarily approving Settlement Administration Costs;
- Directing the Settlement Administrator to mail the Notice Packet to the proposed Class;
- Approving the proposed deadlines for the notice and administration process as reflected herein and in the Settlement Agreement; and
- Scheduling a hearing to consider final approval of the Settlement, at which time the Court will also consider whether to grant final approval of the requests for an award of the Attorneys' Fees and Costs, Class Representative Enhancement Payments, and Settlement Administration Costs.

This motion is based upon the concurrently-filed Corrected Memorandum of Points and Authorities; the Corrected Declarations of Proposed Class Counsel (Helene Mayer and Vadang J. Patel) and Proposed Class Representatives (Mackensie Biddle, Jessa Naluz, and Evangeline D. Gaston) in support thereof; as well as the pleadings and other records on file with the Court in this matter, and such evidence and oral argument as may be presented at the hearing on this motion.

Dated: March 17, 2025        **LAWYERS *for* JUSTICE, PC**

By: *Helene Mayer*
Helene Mayer
*Attorneys for* Plaintiffs Mackensie Biddle and Jessa Naluz

**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**